**Housing 2000 HDFC v Ivey**

2025 NY Slip Op 34079(U)

October 31, 2025

Civil Court of the City of New York, New York County

Docket Number: Index No. L&T 300147/21

Judge: Clinton J. Guthrie

Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service.

This opinion is uncorrected and not selected for official publication.

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: HOUSING PART D
-----------------------------------------------------------------X
HOUSING 2000 HDFC,

                                                                        Index No. L&T 300147/21
                              Petitioner,

            -against-                                            **DECISION/ORDER**

DOUGLASS IVEY,

                              Respondent.
-----------------------------------------------------------------X

Present:

            Hon. CLINTON J. GUTHRIE
                  Judge, Housing Court

Recitation, as required by CPLR § 2219(a), of the papers considered in the review of respondent's motion for an order to correct pursuant to Civil Court Act § 110(c) and NYC Administrative Code § 27-2121 and related relief:

| **Papers** | **Numbered** |
|---|---|
| Notice of Motion & All Documents Annexed……………........ | 1 (NYSCEF #57-59) |
| Affirmation in Opposition & All Documents Annexed…………. | 2 (NYSCEF #62-76) |
| Affirmation in Reply & All Documents Annexed……...……...... | 3 (NYSCEF #77-89) |

Upon the foregoing cited papers, the decision and order on respondent's motion is as follows.

PROCEDURAL HISTORY

            This summary nonpayment proceeding was filed in December 2020. The case was initially stayed pursuant to various COVID-19-related laws. Counsel for respondent appeared in November 2021 and filed an answer on his behalf in January 2022. On November 14, 2022, the parties' attorneys executed a stipulation that restored the case from the ERAP (Emergency Rental Assistance Program) administrative calendar.

            On October 16, 2023, Judge Tracy Ferdinand rendered a Decision/Order denying

1

[* 1]

petitioner's motion for a default judgment, deemed respondent's January 2022 answer to be properly interposed, and denied respondent's request to withdraw the answer and file a new answer with a personal jurisdiction defense. Thereafter, petitioner's first attorneys moved for leave to withdraw as counsel, which was granted by stipulation dated March 14, 2024. On March 13, 2025, new counsel for petitioner and respondent's attorney executed a stipulation granting respondent's motion to amend the answer.

Respondent now moves for an order to correct and for an order requiring petitioner to employ integrated pest management. The motion was adjourned several times for briefing and potential resolution. After submission and reply papers were submitted, this court heard argument on the motion on October 30, 2025.

DISCUSSION/CONCLUSION

Respondent first seeks an order to correct open HPD (NYC Department of Housing Preservation and Development) violations issued for the subject premises. The court notes that respondent's amended answer includes a counterclaim for an order to correct. Annexed to the motion is a list of open HPD violations for Apartment 2D (the subject premises) dated June 15, 2025. An updated list of violations, dated October 29, 2025, is annexed to the reply papers. Petitioner opposes the request for an order to correct, primarily citing lack of access for repairs.

Pursuant to NYC Admin. Code § 27-2121, "[i]n any action or proceeding brought in the housing part of the New York city civil court, the court, on motion of any party or on its own motion, may issue such preliminary, temporary or final orders requiring the owner of property or other responsible person to abate or corrections of" the Housing Maintenance Code. Additionally, pursuant to Civil Court Act § 110(c), the court "may recommend or employ any

[* 2]

remedy, program, procedure or sanction authorized by law for the enforcement of housing standards, if it believes they will be more effective to accomplish compliance or to protect and promote the public interest." If violations of the Housing Maintenance Code are demonstrated, the court is empowered to issue an order to correct (*see D'Agostino v Forty-Three E. Equities Corp.*, 12 Misc 3d 486, 489 [Civ Ct, NY County 2006], *affd* 16 Misc 3d 59 [App Term, 1st Dept 2007]). The recognized defenses to an order to correct are few: "lack of standing or jurisdiction, completed repairs, conditions are not code violations, notice of violation is facially insufficient, [party] is no longer the owner and economic infeasibility." (*Id.*, 12 Misc 3d at 489-490). Lack of access is not a recognized defense to an order to correct (*Id.*, 12 Misc 3d at 490; *see also Diego Beekman Mutual Housing Assn. Hous. Dev. Fund Corp. v Hammond*, 81 Misc 3d 1244[A], 2024 NY Slip Op 50144[U], *2 [Civ Ct, Bronx County 2024]; *Vargas v Suffolk St. Apt. Corp.*, 66 Misc 3d 1214[A], 2020 NY Slip Op 50090[U], *3 [Civ Ct, NY County 2020]).

Respondent has established a prima facie entitlement to an order to correct, as there are numerous open HPD violations issued for the subject apartment that are not certified as corrected (*see Fiondella v. 345 W. 70th Tenants Corp.*, 217 AD3d 495, 496 [1st Dept 2023] [HPD violations are prima facie evidence of conditions affecting life, health or safety]; *Dept. of Hous. Preserv. & Dev. v. Knoll*, 120 Misc 2d 813, 814 [App Term, 2d Dept 1983]). Petitioner's defense based on lack of access, even where there is a lease provision requiring access, is inadequate to defeat an order to correct, as discussed above (*see D'Agostino*, 12 Misc 3d at 490).[1]

---

[1]    The court notes that the original lease from 1994 annexed to the opposition papers, which includes a provision regarding access for repairs, does not bear the name of respondent. To the extent that petitioner claims that respondent was added to the lease via a renewal in 2013, there is no clear showing that he became bound by the

3

Accordingly, the court grants petitioner's motion and hereby orders petitioner to correct all open HPD violations listed in Paragraph 28 of respondent's attorney's affirmation in support of the motion (NYSCEF Doc. 58) as follows: all class "C" (immediately hazardous) violations shall be corrected on or before November 17, 2025; all class "B" violations (hazardous) violations shall be corrected on or before December 5, 2025; and all class "A" (nonhazardous) shall be corrected on or before February 6, 2026. A list of all current open violations is annexed to this Decision/Order for reference. Respondent shall provide reasonable access for repairs upon 48-hours' notice in writing; however, only 24-hours' notice in writing shall be required to correct any "C" violation. The attorneys for the parties shall cooperate in good faith in resolving any issues regarding access scheduling. All repair work shall occur on weekdays (excluding state and federal holidays), unless the parties arrange otherwise on consent.

Respondent also requests that petitioner employ integrated pest management practices pursuant to NYC Admin. Code § 27-2017.8. Under NYC Admin. Code § 2017.4(b) ("violation for pests"), "the presence of cockroaches [or] mice. . . in any room in a dwelling unit in a multiple dwelling or a common area shall constitute an immediately hazardous violation of this code as provided in this section and an owner shall comply with the work practices set out in subdivision a of section 27-2017.8 when correcting such a violation." Here, multiple class "C" violations for infestations of roaches and mice have been issued for the subject apartment. Accordingly, under the relevant Housing Maintenance Code provisions, the integrated pest management practices set out in NYC Admin Code § 27-2017.8 shall be followed in correcting/abating those violations.

---

terms of the original lease. In any event, even if the lease provision would create a claim or defense in other contexts, it does not suffice to create a defense to an order to correct.

4

[* 4]

[* 5]

This proceeding will be restored to the Part D calendar on November 19, 2025 at 9:30

AM for all purposes, including trial transfer.  This Decision/Order will be filed to NYSCEF.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Dated: New York, New York
      October 31, 2025

_____
HON. CLINTON J. GUTHRIE
  J.H.C.

SO ORDERED - HON. CLINTON J. GUTHRIE

5

## 2030 Adam C Powell Boulevard, Manhattan, 10027

Generated on 10/31/2025

## Building Details

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 127106 | 2030-2040 | 1058515 | 1927 | 33 | 220 |
| STORIES | A UNITS | B UNITS | CD | CLASS | OWNERSHIP | BUILDING ID |
| 8 | 57 | 0 | 10 | A | PVT | 3436 |

## Property Owner Registration Information

Registration Expiry Date  09/01/2026          Last Registration Date  10/01/2025

| OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|
| Head Officer | - | MALCOLM PUNTER | 256 WEST 153 STREET null, New York, 10039 |
| Corporation | HOUSING 2000 HDFC | - | 3251 THIRD AVENUE 2FL, Bronx, 10456 |
| Managing Agent | PILLAR PROPERTY MANAGEMENT LLC | KIUMARZ GEULA | 3251 THIRD AVENUE 2FL, Bronx, 10456 |

## Applied Filter/Search

**APARTMENT NUMBER**
2D

## Open Violations (57) A=4, B=43, C=10, I=0

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 17648267 | B | 508 | 2D | 2 | 01/23/2025 | 01/24/2025 |
| 9594334 | ORIGINAL | 02/28/2025 | 03/14/2025 | NOV SENT | 01/24/2025 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at ceiling  in the  kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 17648268 | C | 568 | 2D | 2 | 01/23/2025 | 01/24/2025 |
| 9594335 | ORIGINAL | 02/19/2025 | 02/24/2025 | NOI SENT | 01/24/2025 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |

[* 6]

**2030 Adam C Powell Boulevard, Manhattan, 10027**

Generated on 10/31/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 17648266 | C | 569 | 2D | 2 | 01/23/2025 | 01/24/2025 |
| 9594335 | ORIGINAL | 02/19/2025 | 02/24/2025 | CERT INVALID | 02/13/2025 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16791161 | C | 569 | 2D | 2 | 04/02/2024 | 04/04/2024 |
| 9040207 | ORIGINAL | 04/30/2024 | 05/05/2024 | 1 NO ACCESS | 04/26/2024 | - |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16791163 | B | 501 | 2D | 2 | 04/02/2024 | 04/04/2024 |
| 9040206 | ORIGINAL | 05/09/2024 | 05/23/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling in the private hallway located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16766265 | C | 501 | 2D | 2 | 03/21/2024 | 03/25/2024 |
| 9000767 | ORIGINAL | 03/31/2024 | 04/07/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective base cabinet in the kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16514282 | C | 568 | 2D | 2 | 12/11/2023 | 12/13/2023 |
| 8844701 | ORIGINAL | 01/08/2024 | 01/13/2024 | NOV LATE | 05/08/2024 | 05/08/2024 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16514286 | B | 529 | 2D | 2 | 12/11/2023 | 12/13/2023 |
| 8844699 | ORIGINAL | 01/17/2024 | 01/31/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: refit... closet door at east wall in the 3rd room from north located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16514279 | B | 576* | 2D | 2 | 12/11/2023 | 12/13/2023 |
| 8844699 | ORIGINAL | 01/17/2024 | 01/31/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2024 adm code provide adequate supply of cold water for the fixtures at sink in the kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16514281 | A | 556 | 2D | 2 | 12/11/2023 | 12/13/2023 |
| 8844696 | ORIGINAL | 03/17/2024 | 03/31/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department at ceiling and all walls in the kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |

[* 7]

# 2030 Adam C Powell Boulevard, Manhattan, 10027

Generated on 10/31/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16514278 | B | 501 | 2D | 2 | 12/11/2023 | 12/13/2023 |
| 8844699 | ORIGINAL | 01/17/2024 | 01/31/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical outlet at west wall in the kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16514285 | A | 556 | 2D | 2 | 12/11/2023 | 12/13/2023 |
| 8844696 | ORIGINAL | 03/17/2024 | 03/31/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department ceiling and all walls in the private hallway located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16514283 | B | 702 | 2D | 2 | 12/11/2023 | 12/13/2023 |
| 8844699 | ORIGINAL | 01/17/2024 | 01/31/2024 | NOV LATE | 05/08/2024 | 05/08/2024 |
| § 27-2045 adm code repair or replace the smoke detector inoperable in the entire apartment located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16514284 | B | 1503 | 2D | 2 | 12/11/2023 | 12/13/2023 |
| 8844699 | ORIGINAL | 01/17/2024 | 01/31/2024 | NOV LATE | 05/08/2024 | 05/08/2024 |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). inoperable in the entire apartment located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510650 | B | 502 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code properly repair with similar material the broken or defective ceramic tile at north wall in the bathroom located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510685 | B | 501 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective door at entrance in the 2nd room from north located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510684 | B | 508 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and east wall in the 2nd room from north located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510667 | B | 688 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures at ceiling in the kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |

**2030 Adam C Powell Boulevard, Manhattan, 10027**

Generated on 10/31/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16510666 | B | 501 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective upper cabinet at south wall in the kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510662 | B | 508 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling, east and north wall in the foyer located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510659 | C | 649* | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840199 | ORIGINAL | 12/17/2023 | 12/24/2023 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2026 adm code remove all obstructions and repair all defects in water closet bowl in the bathroom located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510652 | B | 506 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code replace with new the missing door knob in the bathroom located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510651 | B | 501 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective door at entrance in the bathroom located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510648 | B | 501 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840198 | ORIGINAL | 01/15/2024 | 01/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective base cabinet at wash basin in the bathroom located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16510641 | A | 556 | 2D | 2 | 12/07/2023 | 12/11/2023 |
| 8840197 | ORIGINAL | 03/15/2024 | 03/29/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2013 adm code paint with light colored paint to the satisfaction of this department at all walls and ceiling throughout in the entire apartment located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16413943 | B | 501 | 2D | 2 | 11/17/2023 | 11/21/2023 |
| 8766234 | ORIGINAL | 12/26/2023 | 01/09/2024 | NOV LATE | 10/09/2024 | 10/09/2024 |
| § 27-2005 hmc: properly repair or replace the broken or defective door at entrance in the bathroom located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |

Page 4 of 8

9 of 13

**2030 Adam C Powell Boulevard, Manhattan, 10027**

Generated on 10/31/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16413941 | B | 501 | 2D | 2 | 11/17/2023 | 11/21/2023 |
| 8766234 | ORIGINAL | 12/26/2023 | 01/09/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective intercom system from building front entrance to  in the entire apartment  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16413940 | B | 508 | 2D | 2 | 11/17/2023 | 11/21/2023 |
| 8766234 | ORIGINAL | 12/26/2023 | 01/09/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color the ceiling and west wall in the  kitchen  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16413939 | B | 583 | 2D | 2 | 11/17/2023 | 11/21/2023 |
| 8766234 | ORIGINAL | 12/26/2023 | 01/09/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling  in the  kitchen  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16413944 | C | 501 | 2D | 2 | 11/17/2023 | 11/21/2023 |
| 8766235 | ORIGINAL | 11/27/2023 | 12/04/2023 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective door  in the  entrance  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368752 | B | 1503 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | NOV LATE | 05/08/2024 | 05/08/2024 |
| § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). inoperable  in the  entire apartment  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368749 | B | 501 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective metal door frame at north wall  in the  3rd room  from north located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368755 | B | 529 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: refit... closet door at east wall  in the  3rd room  from north located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368754 | B | 508 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at ceiling, east and west walls  in the  private hallway  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |

[* 10]

# 2030 Adam C Powell Boulevard, Manhattan, 10027

Generated on 10/31/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16368758 | B | 508 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at south wall   in the kitchen  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368748 | C | 569 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723902 | ORIGINAL | 12/09/2023 | 12/14/2023 | NOV LATE | 05/08/2024 | 05/08/2024 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the  entire apartment  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368753 | B | 583 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | NOV LATE | 10/09/2024 | 10/09/2024 |
| § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling   in the  private hallway located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368757 | B | 501 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | NOV LATE | 05/08/2024 | 05/08/2024 |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical outlet west wall   in the  kitchen  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368756 | B | 501 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | NOV LATE | 05/08/2024 | 05/08/2024 |
| § 27-2005 hmc: properly repair or replace the broken or defective electrical light fixture at ceiling   in the  kitchen  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368751 | B | 702 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723900 | ORIGINAL | 12/18/2023 | 01/01/2024 | NOV LATE | 05/08/2024 | 05/08/2024 |
| § 27-2045 adm code  repair or replace the smoke detector inoperable   in the  entire apartment  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16368750 | C | 568 | 2D | 2 | 11/09/2023 | 11/13/2023 |
| 8723902 | ORIGINAL | 12/09/2023 | 12/14/2023 | NOV LATE | 05/08/2024 | 05/08/2024 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the  entire apartment  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16343226 | B | 596* | 2D | 2 | 10/28/2023 | 10/30/2023 |
| 8705408 | ORIGINAL | 12/04/2023 | 12/18/2023 | NOV LATE | 05/08/2024 | 05/08/2024 |
| § 27-2026 adm code  replace the broken or defective water closet   in the  bathroom  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |

[* 11]



**2030 Adam C Powell Boulevard, Manhattan, 10027**

Generated on 10/31/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 16343225 | B | 501 | 2D | 2 | 10/28/2023 | 10/30/2023 |
| 8705408 | ORIGINAL | 12/04/2023 | 12/18/2023 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 hmc: properly repair or replace the broken or defective wash basin cabinet in the bathroom located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16343224 | C | 567* | 2D | 2 | 10/28/2023 | 10/30/2023 |
| 8705409 | ORIGINAL | 11/25/2023 | 11/30/2023 | NOV LATE | 02/13/2025 | 02/13/2025 |
| hmc adm code: § 27-2017.4 abate the infestation consisting of rodents rats in the entire apartment located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 16343223 | A | 508 | 2D | 2 | 10/28/2023 | 10/30/2023 |
| 8705406 | ORIGINAL | 02/02/2024 | 02/16/2024 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at south wall in the kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 15330034 | B | 501 | 2D | 2 | 08/19/2022 | 08/22/2022 |
| 8010721 | ORIGINAL | 09/26/2022 | 10/10/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code properly repair the broken or defective lock set entrance door in the entrance located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811692 | B | 688 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | NOV LATE | 05/08/2024 | 05/08/2024 |
| § 27-2037, 2038 hmc: provide a safe and adequate supply of electric service to the fixtures electrical outlet at west wall above of counter top in the kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811709 | B | 506 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code replace with new the missing escutcheon plate around heat pipe at ceiling in the 3rd room from north at west located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811707 | B | 508 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the 3rd room from north at west located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811706 | B | 506 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code replace with new the missing installation heat pipe at north wall in the private hallway located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |

## 2030 Adam C Powell Boulevard, Manhattan, 10027

Generated on 10/31/2025

| VIOLATION ID | CLASS | ORDER # | APT # | STORY # | REPORTED DATE | NOV ISSUED DATE |
|---|---|---|---|---|---|---|
| NOV ID | NOV TYPE | CORRECTION BY DATE | CERTIFICATION BY DATE | VIOLATION STATUS | VIOLATION STATUS DATE | ACTUAL CERT. DATE |
| VIOLATION DESCRIPTION | | | | | | |
| 14811701 | B | 505 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  replace with new the broken or defective door at entrance  in the  bathroom  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811699 | B | 505 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  replace with new the broken or defective cabinet under wash basin  in the  bathroom  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811698 | B | 508 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at all walls  in the bathroom  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811694 | B | 502 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  properly repair with similar material the broken or defective vinyl floor tiles  in the  kitchen  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811693 | B | 502 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  properly repair with similar material the broken or defective subflooring wood  in the  kitchen  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811691 | B | 508 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at ceiling   in the  kitchen located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |
| 14811703 | B | 508 | 2D | 2 | 02/01/2022 | 02/03/2022 |
| 7627070 | ORIGINAL | 03/10/2022 | 03/24/2022 | 1 NO ACCESS | 04/26/2024 | - |
| § 27-2005 adm code  repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls  in the  private hallway  located at apt 2d, 2nd story, 3rd apartment from east at south | | | | | | |

